UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN N. ALEXANDER,

    Petitioner,

-vs-                                                        Case No. 8:09-CV-1623-T-30EAJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

Before the Court is Petitioner's petition for writ of habeas corpus filed with this Court pursuant to 28 U.S.C. § 2254 in which he challenges the validity of his state-court convictions for first-degree murder and attempted armed robbery (Dkt. 1). The Court notes that Petitioner previously challenged these same convictions in a habeas proceeding initiated under § 2254. *See Alexander v. Lehr, et al.*, Case No. 8:99-cv-1844-T-17F (dismissed as time-barred September 2, 1999).

Based on this procedural history, Petitioner's latest collateral challenge to his state-court convictions is successive in nature and must be dismissed for lack of jurisdiction because he filed it directly with this Court without first obtaining authorization from the Eleventh Circuit Court of Appeals in accordance with 28 U.S.C. 2244(b)(3)(A). *See Turner v. Howerton*, 196 Fed. Appx. 848, 851 (11th Cir. 2006) (observing that "[a] state prisoner

who wishes to file a second or successive federal habeas corpus petition is required to move the court of appeals for an order authorizing the district court to consider such a petition.") (citing 28 U.S.C. § 2244(b)(3)(A)). Without such authorization, a district court lacks jurisdiction to consider a second or successive petition. *Turner*, 196 Fed. Appx. at 851 (quoting *Farris v. United States*, 333 F.3d 1211, 1216 (11th Cir. 2003)).

Therefore, this case will be dismissed without prejudice to allow Petitioner the opportunity to seek said authorization.

ACCORDINGLY, the Court **ORDERS** that:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk** is directed to send Petitioner the Eleventh Circuit's application form for second or successive habeas corpus petitions under 28 U.S.C. § 2244(b).

3. The **Clerk** shall terminate any pending motions, and close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 20, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc

Copy furnished to:
*Pro se* Petitioner